IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> PENTA DENVER, LLC <br> and TARUN S. PATEL, <br><br> Defendants. | No. 13-80275 WHA <br><br> **ORDER OF REFERRAL TO MAGISTRATE JUDGE** |

All matters related to post-judgment collections, including the pending motion for assignment order (Dkt. No. 2), are hereby **REFERRED** to a magistrate judge, to be assigned. The pending application will be heard and considered at the convenience of the magistrate judge's calendar.

**IT IS SO ORDERED.**

Dated: April 29, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE