IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> PENTA HOSPITALITY LLC and TARUN S. PATEL, <br><br> Defendants. | No. 13-80275 WHA <br><br><br><br><br><br> **ORDER RE DECLARATION RE SERVICE OF TARUN S. PATEL** |

A July 2014 order required Choice Hotels to make a good-faith effort to personally serve Tarun S. Patel and Pracrea Inc. On July 17, a proof of service was filed for service of Pracrea Inc. Counsel for Choice Hotels also filed a declaration stating that a "registered process server . . . attempted . . . to make service upon Tarun S. Patel" on July 8 at 1:56 p.m., July 10 at 10:50 a.m., and July 10 at 1:15 p.m. "but the door was locked and [thus the process server] was not able to make service" (Aires Decl. ¶¶ 3–5). No declaration by the process server was filed.

By **NOON ON JULY 25, 2014**, Choice Hotels shall file declaration(s) by person(s) having personal knowledge of these service attempts and state whether the documents were left at Tarun S. Patel's last known address.

As stated previously, Tarun S. Patel and Pracrea Inc. have until **JULY 25, 2014**, to file a written response. Choice Hotels shall also serve a copy of this order on defendants.

**IT IS SO ORDERED.**

Dated: July 22, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE