IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHOICE HOTELS INTERNATIONAL, INC.,

    Plaintiff,

  v.

PENTA HOSPITALITY LLC; TARUN S. PATEL,

    Defendant.

No. C 13-80275 WHA

**ORDER RE APPLICATIONS FOR APPEARANCE AND EXAMINATION AND MOTIONS FOR ASSIGNMENT AND CHARGING ORDERS**

Plaintiff Choice Hotels International, Inc. has stated that it expects to file a number of motions in this miscellaneous action (Dkt. 12). To keep this action moving along, the following schedule is hereby entered:

1. All applications for appearance and examination shall be filed by **AUGUST 19** at **NOON**.

2. Within **ONE WEEK** of any appearances that are ordered, plaintiff shall file a brief (not to exceed ten pages) setting forth what the record shows regarding the value, if any, of Pracrea Inc.

3. All motions for assigning or charging orders shall be filed by **OCTOBER 6, 2014**.

4. All applications and motions should be promptly personally served on respondents, and proper certificates of service must be filed with the court.

**IT IS SO ORDERED.**

Date: August 12, 2014.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE