United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHOICE HOTELS INTERNATIONAL, INC.,

        Plaintiff,

  v.

PENTA HOSPITALITY LLC; TARUN S. PATEL,

        Defendant.

                                 /

No. C 13-80275 WHA

**ORDER SETTING
SCHEDULE ON REMAND**

     The mandate from the court of appeals in this action has issued (Dkt. No. 42).  By

**DECEMBER 29**, plaintiff may renew its motion for an extension of the deadline within which to

file post-judgment motions.  This request must be brought as a formal motion, noticed on the

thirty-five day calendar.  It shall be supported by *sworn* statements explaining the good cause for

granting a further extension, including an explanation for its request for a further extension *after*

the deadline had already passed and of its diligence with regard to defendant's appearance at the

examination.

     **IT IS SO ORDERED.**

Dated:   December 20, 2016.

                                           
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE